IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC HOSEY, # 193503, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIV. ACT. NO. 2:12cv959-TMH (WO) |
| ALTHEA WILLIAMS, | ) ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On December 12, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's due process claim challenging the lack of a prison grievance procedure be and is hereby DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

3. This case be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings on the plaintiff's remaining claims for relief.

Done this the 22nd day of January, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE