IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC HOSEY, # 193503, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:12cv959-TMH |
| | ) (WO) |
| ALTHEA WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On December 12, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's motion for preliminary injunction be and is hereby DENIED; and

3. This case be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 22nd day of January, 2013.

                /s/ Truman M. Hobbs
                TRUMAN M. HOBBS
                SENIOR UNITED STATES DISTRICT JUDGE